IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT CARROLL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELCENTERS OF AMERICA, INC., an Ohio Corporation;  DOES I THROUGH X, inclusive;  ROE CORPORATIONS I THROUGH X, inclusive; and  ROE LIMITED LIABILITY COMPANIES I THROUGH X, inclusive;<br><br>Defendants. | 8:25CV427<br><br><br>ORDER |

This matter is before the Court upon the notice of death of Plaintiff. Filing No. 18. In accordance with Fed. R. Civ. Proc. 25(a)(1), decedent's successor or representative, or any party, must move for substitution of the deceased party within 90 days after the suggestion of death is filed. The notice of death was filed on January 9, 2026. Upon the suggestion of Plaintiff's death (Filing No. 18),

IT IS ORDERED:

1)   This case is stayed until April 9, 2026, pending a determination of whether the decedent's claims will be revived and further litigated by Plaintiff's estate.

2)   On or before April 9, 2026, Plaintiff's counsel shall either: 1) move to voluntarily dismiss this case; 2) file a motion to substitute Plaintiff's personal representative as the named Plaintiff in this action; or, 3) file a report advising the Court as to whether Plaintiff's estate intends to

further litigate this action and the current status of any court proceedings (state or bankruptcy) underway that may impact the progression of this case.

3) Absent timely compliance with this order, the claims filed by decedent may be subject to dismissal pursuant to Fed. R. Civ. Proc. 25(a)(1).

4) The Clerk shall set a case management deadline of April 9, 2026 to confirm compliance with this order.

Dated this 12th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge