IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KATHY CARROLL, Personal Representative of
the Estate of Robert Carroll,

Plaintiff,

vs.

TRAVELCENTERS OF AMERICA, INC., an
Ohio Corporation; DOES I THROUGH X,
inclusive; ROE CORPORATIONS I THROUGH
X, inclusive; and ROE LIMITED LIABILITY
COMPANIES I THROUGH X, inclusive,

Defendants.

8:25CV427

**ORDER ON JOINT STIPULATION TO
DISMISS DOE AND ROE DEFENDANTS
WITHOUT PREJUDICE**

This case is before the Court on the parties' Joint Stipulation to Dismiss Doe and Roe Defendants without prejudice. Filing 31. The parties stipulate to dismissal without prejudice of all fictitiously named defendants in this action, specifically Does I through X, inclusive; Roe Corporations I through X, inclusive; and Roe Limited Liability Companies I through X, inclusive, with each party to bear its own fees and costs with respect to such defendants. Filing 31 at 2. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation to Dismiss Doe and Roe Defendants without prejudice, Filing 31, is accepted, and all fictitiously named defendants in this action, specifically Does I through X, inclusive; Roe Corporations I through X, inclusive; and Roe Limited Liability Companies I through X, inclusive, are dismissed without prejudice, with each party to bear its own fees and costs with respect to such defendants.

Dated this 6th day of July, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge